IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TWO-WAY MEDIA LLC, | § § § | NO. 5:09-cv-00476-OLG |
| Plaintiff, | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| AT&T OPERATIONS, INC., et. al, | § § | |
| Defendants. | § § | |

### PLAINTIFF TWO-WAY MEDIA LLC'S EXPERT DESIGNATION

Pursuant to the Court's Amended Scheduling Order dated September 15, 2009, as amended by the Court's May 5, 2010 Stipulated Order, and the federal rules, Plaintiff Two-Way Media LLC ("TWM") designates the following expert witnesses:

1. Vernon Thomas Rhyne
   8407 House Mountain Cove
   Austin, TX 78746
   (512) 327-116

Dr. Rhyne currently works as a consulting engineer doing computer systems design, application specific system design, and expert witness work in intellectual property litigation. He holds a Doctor of Philosophy degree in Electrical Engineering from the Georgia Institute of Technology and is an expert in the areas of electrical and computer engineering, including digital data transmission. Dr. Rhyne is expected to testify concerning Defendant's infringement of United States Patent Nos. 5,778,187; 5,983,005; 6,434,622 B1; 7,080,153; and 7,266,686 (collectively, the "TWM Patents"), the technology involved with the patents and AT&T's U-verse TV service, and the proper interpretation by one of ordinary skill in the art of certain claim terms contained in the TWM Patents. Dr. Rhyne's CV is attached hereto as Exhibit A. Dr.

Rhyne's expert report will be served on Defendants today. Plaintiff reserves the right to supplement as necessary.

2. James J. Nawrocki
   IPFC Corp.
   10000 Memorial Drive, Suite 300
   Houston, TX 77024
   (713) 335-5441

Mr. Nawrocki is a Certified Public Accountant and financial consultant. Mr. Nawrocki will offer opinions regarding various financial and damages issues pertaining to this matter. Mr. Nawrocki is expected to testify concerning the damages sustained by Plaintiff as a result of Defendants' infringement of TWM's Patents. Mr. Nawrocki's CV is attached hereto as Exhibit B. Mr. Nawrocki's expert report will be served on Defendants today. Plaintiff reserves the right to supplement as necessary.

Plaintiff reserves the right to call, at the time of trial, any expert witnesses designated by Defendants.

DATED: June 30, 2010

Respectfully submitted,

SUSMAN GODFREY L.L.P.

/s/ *Rachel S. Black*
Parker C. Folse, III
Attorney-in-charge
Washington State Bar No. 24895
Ian B. Crosby
Washington State Bar No. 28461
Rachel S. Black
Washington State Bar No. 32204
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

                                               Max L. Tribble, Jr.
                                               Texas State Bar No. 20213950
                                               1000 Louisiana Street, Suite 5100
                                               Houston, Texas 77002-5096
                                               Telephone:    (713) 651-9366
                                               Facsimile:     (713) 654-6666

                                               ATTORNEYS FOR PLAINTIFF,
                                               TWO-WAY MEDIA LLC

**OF COUNSEL:**

HEIM, PAYNE & CHORUSH, L.L.P.
Michael F. Heim
Texas State Bar No.: 09380923
Leslie V. Payne
Texas State Bar No.: 00784736
Micah J. Howe
Texas State Bar No.: 24048555
600 Travis St., Suite 6710
Houston, Texas 77002-2912
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

CLEMENS & SPENCER
George H. Spencer, Jr.
Texas State Bar No. 18921001
Randolph P. Tower
Texas State Bar No. 20153000
Jeff Jowers
Texas State Bar No. 24012932
1300 Weston Centre
112 East Pecan
San Antonio, TX 78205
Telephone: (210) 227-7121

## CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of June, 2010, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Ricardo G. Cedillo – rcedillo@lawdcm.com | *via Email* |
| Leslie J. Strieber, III – lstrieber@lawdcm.com | |
| Mark W. Kiehne – mkiehne@lawdcm.com | |
| DAVIS CEDILLO & MENDOZA, INC. | |
| 755 East Mulberry Avenue, Suite 500 | |
| San Antonio, TX 7812 | |

| | |
|---|---|
| David T. Pritikin – dpritikin@sidley.com | *via Email* |
| Doulas I. Lewis – dilewis@sidely.com | |
| Benedict Frey – bfrey@sidley.com | |
| SIDLEY AUSTIN LLP | |
| One South Dearborn Street | |
| Chicago, IL 60603 | |

*AT&T Operations, Inc.; AT&T Services, Inc.; AT&T Internet Services; SBC Internet Services, Inc.; Southwestern Bell Telephone Company*

                                                   /s/ *Rachel S. Black*
                                                   Rachel S. Black