# EXHIBIT A

# VERNON THOMAS (TOM) RHYNE

8407 Horse Mountain Cove
Austin, TX 78759-6828
Phone and FAX: (512) 219-0849
E-Mail: trhyne@texas.net or t.rhyne@ieee.org

## BIOGRAPHICAL DATA

Birthdate: February 18, 1942
Citizenship: USA
Married: Glenda Pevey Rhyne
Children: Amber Rhyne Compton and Tommy Rhyne
Grandchildren: Truett Rhyne Compton and Tate James Compton
Security Clearance: Department of Defense Secret (Inactive)

## PROFESSIONAL INTERESTS

- Microprocessor/Microcomputer Design and Application
- Computer-Aided Design
- Computer Architecture
- Digital Systems Design and Synthesis
- Digital Communications
- Electronic Circuit Design
- Semiconductor Manufacture
- Technology Maturation and Commercialization
- Intellectual Property Litigation

## EDUCATION

- Ph.D. (Electrical Engineering) — Georgia Institute of Technology, 1967.
- M.E.E. — University of Virginia, 1964.
- B.S.E.E. (Special Honors) — Mississippi State University, 1962.
- Japanese Language Instruction, 1988-89, 1996, 1997.
- Modern Semiconductor Manufacturing, Motorola University, 1996.

## WORK EXPERIENCE

### *Industrial and Research:*

1997-Present:  Retired from Texas A&M University; part-time engineering consultant.

1995-1997:  Manager of Strategic Programs, Strategic Asset Group, Semiconductor Products Sector, Motorola, Inc, Austin, TX.  Responsible for technology transfer negotiations and management of joint ventures with strategic partners.

1994-1995:  Vice President, Research and Development, Information Systems Division, Microelectronics and Computer Technology Corporation (MCC).  Responsible for MCC

- R&D in neural network applications, data mining, software interface standardization, and other advanced software development projects.
- 1991-1994:  Director, MCC ATLAS Standards Laboratories.  Responsible for definition and testing of CAD framework and interfaces in support of the CAD Framework Initiative, Inc.
- 1989-1991:  Manager, CAD Framework Laboratory, MCC CAD Program.  Responsible for definition and testing of CAD framework and interfaces.
- 1988-1989:  Manager, Systems Engineering Group, MCC CAD Program, 1988.  Responsible for alpha testing of MCC CAD System.
- 1986-1989:  Deputy Director, MCC CAD Program.  Responsible for general program administration.
- 1983-1986:  Director, Systems Technology Laboratory, MCC CAD Program, Austin, TX.  Responsible for development of supporting technologies for MCC CAD System including distributed databases, natural-language interface, and rule-based design management.
- 1962-1965:  Aerospace Technologist, Analysis and Computer Technology Division, NASA Langley Research Center, VA
- 1965-1967:  System Engineer (Part-Time), Lockheed-Georgia Research Center, Marietta, GA.
- 1961:  Summer Intern, Union Carbide Corporation, Texas City, TX.

### *Academic*

- Senior Lecturer in Electrical/Computer Engineering, University of Texas at Austin, 1984-1994.
- Adjunct Faculty Member, Department of Electrical and Computer Engineering, Carnegie-Mellon University, 1986-1992.
- University/SRC Coordinator, MCC CAD Program, 1988-1990; SRC Design Sciences Advisory Committee, 1989-1990.
- Professor, Electrical Engineering, Texas A&M University 1974-1986 (on leave to MCC during 1983-86).
- Coordinator of Computing, Texas AM University, 1982-1983.
- Director, Digital Systems Laboratory, Department of Electrical Engineering, Texas A&M University, 1978-1983.
- Associate Professor, Electrical Engineering, Texas A&M University, 1969-1974.
- Assistant Professor, Electrical Engineering, Texas A&M University, 1967-1969.
- Instructor, Electrical Engineering, Georgia Institute of Technology, 1965-1967.
- Lecturer, Computer Systems, George Washington University Extension, 1964.

### *Consulting:*

- Consultant to a number of companies and law firms re intellectual property litigation, 1978-present (part-time).
- Consultant to the Electric Power Research Institute, including serving as technical project manager on the EPRI/DOE Distribution Automation Project, 1979-1983.

- Consulting engineer to a variety of national and international industries dealing with microelectronics and computer design. Clients have included Texas Instruments, Control Data Corporation, ETA , and Signetics.
- Consulting engineer to a variety of clients dealing with computer systems for satellite navigation. Clients have included Texas Instruments, Gould, Matsushita, ITE-Europe, and the Federal Republic of Germany.
- Invited member of NASA Shuttle-GPS Advisory Panel and EPRI/DOE Distribution Automation Research Review Panel, 1979-1981.
- Consultant to U.S. Coast Guard, developing on-line data acquisition system for shipboard navigation data and off-line data processing/analysis systems, 1979-1982.
- Principal investigator on research projects dealing with automated Boolean minimization, high-speed computer arithmetic, bit-serial processing, special-purpose VLSI architectures, marine navigation systems, and computer-aided design of digital systems, 1967-83.

## OTHER PROFESSIONAL ACTIVITIES

- Chair, Panel on Assessment, Electrical and Electronics Engineering Laboratory, U.S. National Institute for Standards and Technology, 1993 to 1999.  (Appointed by National Research Council)
- Planning Committee, 1997 Workshop for National Technology Roadmap for Semiconductors, SIA.
- Member, Technical Working Group (TWIG) on Semiconductor Manufacture, SIA, 1995-97.
- Secretary, Board of Directors of White Oak Semiconductor, Inc., Richmond, VA, 1996-97.
- Executive Secretary, Board of Directors of the Tohoku Semiconductor Corporation, Sendai, Japan, 1996-97.
- Board of Directors Alternate, Semiconductor Research Corporation, representing Motorola, 1995-96.
- Roadmap Coordinating Committee, Semiconductor Industries Association, 1995.
- Book reviewer, *American Scientist*, 1993.
- Reviewer for State-funded research proposals in microelectronics, computer science, and computer engineering, Texas Higher Education Coordinating Board, 1993.
- Visitor for Accreditation Board for Engineering and Technology, accrediting undergraduate programs in Computer Science, Computer Engineering and Electrical Engineering, 1981-1983, 1991-92, 1997-present.
- Chair for nine accreditation teams, 1984-90, including accreditation teams for the University of California at Berkeley (1988) and the University of Illinois (1989).
- Advisor, Texas State Board of Education (1985), Texas State Coordinating Board for Higher Education (1987).
- Consultant on international engineering accreditation, Kuwait University College of Engineering and Petroleum (1990 and 1992), Korean Institute for Advanced Science and Technology (1993), Bilkent University, Ankara, Turkey (1995), University of the United

- Arab Emirates (1998), ITESM, Querétaro, Mexico (1999), Kyoto University, Japan (2000), and Ritsumeikan University, Japan (2000).
- Consultant on engineering accreditation to the Japan Accreditation Board for Engineering Accreditation, 2000-2004.
- Consultant on engineering education and long-range planning, George Washington School of Engineering and Applied Science, 1990 and 1993-94.

## PROFESSIONAL LICENSES

- Registered Professional Engineer, Texas, No. 28,728.
- Registered Patent Agent, No. 45,041.
- Pilot (Single-Engine Land).

## SOCIETY MEMBERSHIPS

### *Professional Societies:*
- Member, Institute of Electrical and Electronics Engineers, 1963-present.
    - IEEE Treasurer, 1994 and 1995.
    - IEEE Board of Directors, 1991-1995.
    - IEEE Executive Committee, 1993-1995.
    - IEEE Board of Directors, Division VIII Director, 1993, Division VI Director, 1991-1992.
    - IEEE Technical Activities Board, 1991-93.
    - IEEE Employee Benefits Committee, Member, 1991 to 1999, Chair, 1997, 1998.
    - IEEE Computer Society, 1964 to present.
    - IEEE Computer Society Board of Governors, 1985.
    - IEEE Computer Society Executive Committee, 1993.
- Accreditation Board for Engineering and Technology, 1994 to 1999, representing IEEE.
    - International Accrediting Team Member, 1995-present.
    - Washington Accord Team Member 2003-5.
    - ECEI Resource Council, 2005-present.

### *Honorary Societies:*
- Upsilon Pi Epsilon (Computer Science).
- Eta Kappa Nu (Electrical Engineering).
- Tau Beta Pi (Engineering).
- Phi Kappa Phi (Scholarship).
- Sigma Xi (Research).

## HONORS

- The Contemporary Who's Who, 2003.
- Strathmore's Who's Who, 2000-present.
- IEEE Millennium Award, 2000.

Rhyne, Vernon Thomas                                                                                                6/30/2010

- Golden Core Award, IEEE Computer Society, 1996.
- Fellow of the Accreditation Board for Engineering and Technology, 1992.
- Outstanding Engineering Graduate, Mississippi State University, 1992.
- IEEE Educational Activities Board Award for Meritorious Achievement in Accreditation Activities, 1991.
- Who's Who in America, 1991-present.
- Who's Who in Engineering, 1991-present.
- Elected as an IEEE Fellow for "contributions to computer engineering and the computer engineering profession," 1990.
- F. E. Terman Award (Outstanding Young Electrical Engineering Educator in U.S.), American Society for Engineering Education, 1980.
- Outstanding Young Engineer (Honorable Mention), National Society of Professional Engineers, 1974.
- Young Engineer of the Year, State of Texas, Texas Society of Professional Engineers, 1973.
- Outstanding Faculty Member, Texas A&M University Student Engineers Council Award, 1973.
- General Dynamics Award for Excellence in Engineering Teaching, 1972.
- American Men and Women of Science.

## COMMITTEE MEMBERSHIPS

### *Professional Activities:*
- Technical Program Chair for 1992 IFIPS Workshop on Electronic CAD Design Environments, March 23-25, 1992, Paderborn, Germany.
- Chair, ISO TC184/SC4-IEC TC3 Joint Working Group (JWG9) for Electrical/Electronic Product Data Exchange, 1991-1993.
- DARPA Principal Investigators Advisory Panel, Information Systems Technology, 1990-1994
- Review team member for academic and research programs in microelectronics Microelectronics Research Center, Iowa State University, 1989.
- CAD Framework Initiative: Interim Steering Committee, 1988-1989; Board of Directors, 1989-1992; Treasurer, 1989-1992; Chair, Technical Coordinating Committee, 1989-1990.
- Member, IEC TC3, WG11, 1990-1991.
- Member, Working Group 2, IEC Technical Committee TC3, and IEEE SCC 11.9, developing IEEE Standard 91-1984, "Explanation of Logic Symbols," 1982-1985.

### *Civic Activities:*
- Regular Blood Donor (14+ Gallons)
- Elected to Eanes Independent School District Board of Trustees, 1986-1997; President, 1987-1990, 1996-97.
- Texas Association of School Boards Finance Committee, 1989-1994; Tax Restructuring Committee, 1990.
- Citizens Advisory Committee, *Westlake Picayune*, 1988-90.

- Advisory Committee for Electric Power Distribution, City of West Lake Hills, 1987-1990.
- Capital Area Easter Seal Rehabilitation Center Advisory Board, 1985-1986, Telethon Committee, 1986.