UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS,
SAN ANTONIO DIVISION

FILED
MAR 2 0 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| TWO-WAY MEDIA LLC, § <br>     Plaintiff, § <br> § <br> v. § <br> § <br> AT&T OPERATIONS, INC., et al., § <br>     Defendants. § <br> § | Cause No. SA-09-CA-00476-OLG |

JURY VERDICT FORM

    In answering these questions, you are to follow all of the instructions given to you by the Court. You should complete the questions in the order they are presented, and you should refer to the written jury instructions you have been provided as you continue though the questions. Your answer to each question must be unanimous.

1. **Did Two-Way Media prove by a preponderance of the evidence that AT&T infringed, either literally or under the doctrine of equivalents, any of the following Claims?** (You must answer these questions regardless of your findings as to validity).

   Answer "Yes" or "No" for each listed Claim.

   | Patent & Claims | Literal Infringement | Doctrine of Equivalents |
   |---|---|---|
   | '187 Claim 1 | No | Yes |
   | '187 Claim 19 | No | Yes |
   | '187 Claim 20 | No | Yes |
   | '187 Claim 30 | No | Yes |
   | '187 Claim 50 | No | Yes |
   | '005 Claim 25 | No | Yes |
   | '005 Claim 39 | No | Yes |
   | '622 Claim 3 | No | |
   | '622 Claim 4 | No | |

1

2. **Did AT&T prove by clear and convincing evidence that any or the following Claims are invalid for either of the following reasons?** (You must answer these questions regardless of your findings as to infringement).

   Answer "Yes" or "No" for each listed Claim.

   | Patent & Claims | Anticipation | Obviousness |
   |---|---|---|
   | '187 Claim 1 | No | No |
   | '187 Claim 19 | No | No |
   | '187 Claim 20 | No | No |
   | '187 Claim 30 | No | No |
   | '187 Claim 50 | No | No |
   | '005 Claim 25 | No | No |
   | '005 Claim 39 | No | No |
   | '622 Claim 3 | No | No |
   | '622 Claim 4 | No | No |

**YOU ARE TO ANSWER QUESTIONS 3 AND 4 <u>ONLY</u> FOR THE CLAIMS THAT YOU FOUND WERE <u>BOTH</u> INFRINGED AND NOT INVALID, IF ANY. IF YOU DID NOT FIND ANY CLAIMS TO BE BOTH INFRINGED AND NOT INVALID, DO NOT ANSWER THESE QUESTIONS.**

3. What sum of money do you find from a preponderance of the evidence is Two-Way Media entitled to as a reasonable royalty for infringement of the patent claims you found were infringed by AT&T?

    DAMAGES AWARDED:   $ 27,500,000

4. Is the reasonable royalty awarded in your answer to Question 3 in the form of a "lump-sum royalty" or a "running royalty"?

    (check one)

    LUMP-SUM   ✓           RUNNING  _____

We, the jury, unanimously agree to the answers to the preceding questions and return them under the instructions of this Court as our verdict in this case.

(The jury foreperson should sign and date the verdict form and return it to the Court Security Officer).

3/20/2013
DATE


JURY FOREPERSON

3