IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TWO-WAY MEDIA LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 5:09-cv-476 |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| AT&T OPERATIONS, INC., et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**JOINT STIPULATION CONCERNING
WITHDRAWAL OF AT&T'S MOTION FOR APPROVAL AND ENTRY OF BOND,
AND STAY OF ENFORCEMENT PENDING APPEAL**

On February 10, 2014, defendants AT&T Operations, Inc. et al. (collectively, "AT&T")

filed an emergency motion requesting that the Court enter an order approving a supersedeas bond

in the amount of $39,612,720.83, and stay enforcement of the Final Judgment in its entirety until

all appeals in this matter are exhausted.  (*See* Dkt. No. 634.)  Plaintiff Two-Way Media LLC

("TWM") and AT&T have since reached an agreement on certain issues pertaining to AT&T's

motion and hereby stipulate that:

1. AT&T immediately will file with the district court a supersedeas bond in the
   amount of $39,612,720.83.

2. AT&T agrees to file whatever notice of appeal it plans to file on or before
   February 14, 2014.  AT&T further agrees not to file any other motions in this
   Court prior to the appeal.

3. AT&T's pending motion (Dkt. No. 634) is withdrawn.

4. Upon filing of the bond, TWM agrees not to seek to enforce the judgment until all
   appeals are exhausted.

1

5.  Both parties agree to negotiate in good faith an accelerated briefing schedule at

the Court of Appeals for the Federal Circuit.

Dated: February 12, 2014

SUSMAN GODFREY L.L.P.

By: /s/ Parker C. Folse, III
Parker C. Folse, III
Attorney-in-charge
Washington State Bar No. 24895
Ian B. Crosby
Washington State Bar No. 28461
Rachel S. Black
Washington State Bar No. 32204
1201 Third Avenue, Suite 3800
Seattle, Washington 98101

Max L. Tribble, Jr.
Texas State Bar No. 20213950
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

ATTORNEYS FOR PLAINTIFF,
TWO-WAY MEDIA LLC

Respectfully submitted,

DAVIS, CEDILLO & MENDOZA, INC.
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone: (210) 822-6666
Telefax: (210) 822-1151

By: /s/ Ricardo G. Cedillo
Ricardo G. Cedillo
State Bar No. 04043600
Les J. Strieber III
State Bar No. 19398000
Mark W. Kiehne
State Bar No. 24032627
rcedillo@lawdcm.com
lstrieber@lawdcm.com
mkiehne@lawdcm.com

SIDLEY AUSTIN LLP
Richard A. Cederoth
Douglas I. Lewis
E-mail: rcederoth@sidley.com
E-mail: dilewis@sidley.com
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Telefax: (312) 853-7036

Joseph A. Micallef
Scott M. Border
E-mail: jmicallef@sidley.com
E-mail: sborder@sidley.com
1501 K Street, N.W.
Washington, DC 20005
Telephone: (202) 736-8000
Telefax: (202) 736-8711

ATTORNEYS FOR DEFENDANTS
AT&T OPERATIONS, INC., AT&T
SERVICES, INC.,  SBC INTERNET
SERVICES, INC. AND  SOUTHWESTERN
BELL TELEPHONE COMPANY

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically in compliance with Local Rule CV-5(a). As such, the foregoing document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1). Pursuant to Fed. R. Civ. P. 5(a)-(d) and Local Rule CV-5(b)(2), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 12th day of February 2014.

/s/ Mark W. Kiehne
Mark W. Kiehne
*One of the Attorneys for AT&T*